# PD-1045&1047-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 12 2015
Abel Acosta, Clerk

TO: THE COURT OF CRIMINAL APPEALS

Cause No. 02-15-00157-CR, 02-15-00158-CR
1247940R, 1247941R

FILED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | ( | IN THE 372ND DISTRICT COURT |
| | ( | |
| | ( | |
| V. | ( | |
| | ( | |
| | ( | |
| TIFFNEY LYNNE MCADOO | ( | TARRANT COUNT, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## A PETITION FOR A DISCRETIONARY REVIEW

TO THE HONORABLE COURT CRIMINAL APPEALS

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellee, Tiffney Lynne McAdoo files this unopposed First Motion to Extend Time to File Appellee's Petition For A Discretionary Review.

Appellee's opening Petition was due on July 18, 2015, Appellee request a 60 day extension of the time to file its Petition, making the Petition due on October 3, 2015. This is the first request for extension of time to file the Petition.

Appellee relies on the following reasons, in addition to the requested extension:

(1). The Court Of Appeals decision to dismiss the appeal is dated June 18, 2015. (See Exhibit A-letter). The Court of Appeals decision wasn't mailed until July 9, 2015. (See Exhibit B-stamped envelope). The Court documents arrives almost 30 days after the decision was made not leaving enough time to properly respond.

(2) Appellee seeks the extension of time to be able to prepare a cogent and succinct petition to aid this Court in its analysis of the issues presented. This request is not sought to delay but so that justice may be done.

All facts cited in this motion are within the personal knowledge of the Appellee signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to file Appellee's Petition and extend the Deadline for Filing the Appellee's Petition up to and including October 4, 2015. Appellee request all other relief to which may be entitled

Respectfully submitted

Tiffney Lynne McAdoo
P.O. Box 330274
Fort Worth, Texas 76163

## CERTIFICATE OF SERVICE

I certify that on August 3, 2015, I mailed a copy of this motion to the following: Court Of Appeals, Second District Of Texas. Tim Curry Criminal Justice Center. 401 W. Belknap, Suite 9000, Fort Worth, Texas 76196-0211.

IN WITNESS THEREOF, we have hereunto set our hands this 3rd day of August, 2015

_____
Tiffney Lynne McAdoo

_____
NOTARY



LUZ SERRANO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
01-26-2016



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

**CHIEF JUSTICE**
TERRIE LIVINGSTON

**JUSTICES**
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

**CLERK**
DEBRA SPISAK

**CHIEF STAFF ATTORNEY**
LISA M. WEST

**GENERAL COUNSEL**
CLARISSA HODGES

June 18, 2015

Tiffney Lynne McAdoo
TDCJ# 01996870
Christina Melton Crain Unit
1401 State School Road
Gatesville, TX 76599-2999

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

David (Scott) Wisch
Judge, 372nd District Court
401 W Belknap
Fort Worth, TX 76196-7119
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Roberta Walker
2363 Hwy. 287 N., Ste. 202
Mansfield, TX 76063
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number: 02-15-00157-CR
Trial Court Case Number: 1247940R

Style: Tiffney Lynne McAdoo
v.
The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

EXHIBIT-A



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

June 18, 2015

Tiffney Lynne McAdoo
TDCJ# 01996870
Christina Melton Crain Unit
1401 State School Road
Gatesville, TX 76599-2999

David (Scott) Wisch
Judge, 372nd District Court
401 W Belknap
Fort Worth, TX 76196-7119
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Roberta Walker
2363 Hwy. 287 N., Ste. 202
Mansfield, TX 76063
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    02-15-00158-CR
         Trial Court Case Number:    1247941R

Style:   Tiffney Lynne McAdoo
        v.
        The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00157-CR

| | | |
|---|---|---|
| Tiffney Lynne McAdoo | § | From the 372nd District Court |
| | § | of Tarrant County (1247940R) |
| v. | § | June 18, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _Sue Walker_

Justice Sue Walker



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00158-CR

| | | |
|---|---|---|
| Tiffney Lynne McAdoo | § | From the 372nd District Court |
| | § | of Tarrant County (1247941R) |
| v. | § | June 18, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _____

Justice Sue Walker



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00157-CR
### NO. 02-15-00158-CR

TIFFNEY LYNNE MCADOO                                    APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1247940R, 1247941R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Tiffney Lynne McAdoo committed two offenses of theft of $1,500 to $20,000 from an elderly person for which she was sentenced in each case to five years' confinement, probated for five years. She attempts to appeal from the judgments revoking her community supervision, sentencing her to thirty months' confinement in each case, and ordering the sentences to run concurrently. In

---

[1]See Tex. R. App. P. 47.4.

each case, McAdoo signed a waiver of her right to appeal the revocation of her community supervision. The trial court's certifications of her right to appeal state that each case "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On May 18, 2015, we notified McAdoo that these appeals may be dismissed based on the trial court's certifications unless she or any party desiring to continue the appeals filed a response on or before May 28, 2015, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. McAdoo filed a response, but it does not show grounds for continuing the appeals.[2]

In accordance with the trial court's certifications, we therefore dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

*Sue Walker*

SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 18, 2015

---

[2]McAdoo complains of the restitution that she was ordered to pay and argues that the trial court "went on record stating [i]t would not seek restitution in these cases." McAdoo's waivers, however, state that she waived her right to have a court reporter make a record of the revocation proceedings.

2

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

THE STATE OF TEXAS

UNITED STATES POSTAGE
$00.485
02 1M
00042914D4    JUL 09 2015
MAILED FROM ZIP CODE 76102

N TEXAS
DALLAS 750
09 JUL 15
PM 6 L

TIFFNEY LYNNE MCADOO
P.O. BOX 330274
FORT WORTH, TX 76163

76163027474

EXHIBIT-B